## UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 Pleasant Street, Room 110
Concord, New Hampshire 03301-3941

**Office of the Clerk**
  Daniel J. Lynch, Clerk of Court                                              Telephone: 603-225-1423
  Tracy A. Uhrin Chief Deputy Clerk                                            Web: www.nhd.uscourts.gov

January 22, 2024

Randall Collier
26 Joslin Rd.
Surry, NH 03431

Dear Mr. Collier,

    The Court acknowledges you intended to file the <u>Notice of Claim of Deprivation(s) of Rights Under Color of Law: In the US District Court of the State of NH</u> in case number 1:22-cv-162-LM; Collier v. Carrol et al. That case was closed on February 21, 2023. Since that case is closed, the only option is to file your pleading as a new case. Please see the enclosed documents with the new case number, the Filing Fee Omitted Notice, and the Application to Proceed Without Prepayment of Fees of Costs.

    Thank you.

Very truly yours,

DANIEL J. LYNCH, CLERK

By: <u>/s/ Megan Cahill</u>
Megan Cahill
Deputy Clerk

Enclosures