**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Randall S. Collier, | \* |
| Plaintiff, | \* |
| v. | \* Case No. 1:24-cv-00015-JL-AJ |
| James M. Carroll, et al., | \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## THE JUDICIAL DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendants Hon. James Carroll, Hon. Michael Garner, and the New Hampshire Judicial Conduct Committee (collectively, the "Judicial Defendants"), by and through the New Hampshire Office of the Attorney General as counsel, hereby move to dismiss the claims for relief that plaintiff Randall S. Collier asserts against them in this action. As fully explained in the Judicial Defendants' accompanying memorandum of law, see L.R. 7.1(a)(2), Mr. Collier has failed to invoke this Court's subject matter jurisdiction and otherwise failed to state any plausible claim upon which relief may be granted against the Judicial Defendants.

WHEREFORE, the Judicial Defendants respectfully request that the Court:

A. Dismiss Mr. Collier's complaint with prejudice; and

B. Grant such other and further relief as is just and equitable.

[*intentionally blank; signature page and certificate of service to follow*]

Respectfully submitted,

HON. JAMES CARROLL, HON. MICHAEL GARNER, and THE NEW HAMPSHIRE JUDICIAL CONDUCT COMMITTEE

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: April 10, 2024

By: /s/ Nathan W. Kenison-Marvin
Nathan W. Kenison-Marvin, Bar No. 270162
Assistant Attorney General
Civil Bureau
Office of the Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301-6397
(603) 271-3650
nathan.w.kenison-marvin@doj.nh.gov

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on April 10, 2024, to all parties of record.

/s/ Nathan W. Kenison-Marvin
Nathan W. Kenison-Marvin