# EXHIBIT C

**Judgment entered in <u>Randall S. Collier v. James M. Carroll, et al.</u>,
Case No. 22-cv-00162-LM**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Randall Collier

    v.

                                    Case No. 22-cv-162-LM

James M. Carroll et al

JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Endorsed Order by Chief Judge Landya B. McCafferty dated January 18, 2023; and

2. Order by Chief Judge Landya B. McCafferty dated January 31, 2023.

                                                  By the Court:

                                                 /s/ Daniel J. Lynch
                                                 Daniel J. Lynch
                                                 Clerk of Court

Date: February 21, 2023

cc: Counsel of Record
    Randall Collier, pro se