FILED - USDC -NH
2024 MAY 28 AM 10:57

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Randall S. Collier,                *
                                   *
        Plaintiff,                 *
v.                                 *
                                   *
James M. Carroll, et al.,          *
                                   *
        Defendants.                *
                                   *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Case No. 1:24-CV-00015-JL-AJ

PLAINTIFFS MOTION TO EXTEND TIME:

   This is a motion to extend the time for this Plaintiff to prepare a more complete response to the order to dismiss this case issued by this court on May 15, 2024, stating:
"REPORT AND RECOMMENDATION re 10 Motion for Summary Judgment, 11 Motion to Dismiss for Failure to State a Claim, recommending the district judge should grant the defendant's motion to dismiss (Doc. No. 11) based on lack of subject matter jurisdiction and deny plaintiff's motion for summary judgment (Doc. No. 10). Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. So Ordered by US Magistrate Judge Andrea K Johnstone. Follow up on Objections to R&R on 5/29/2024. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(ko) (Entered: 05/15/2024)

   Briefly stated this plaintiff is bringing grounds to these Federal Courts showing the New Hampshire Judicial System is routinely violating "due process of law" and Parental RIghts in Article 1 Non Criminal Courts.  The Judicial Defendants in this case include The Administrative Judges from the Circuit Court Family Division, the Supreme Court of New Hampshire and their Judicial Conduct Committee, are accused of infringing on Human rights to privacy and protection from search or seizure but upon probable cause to accuse them of an actual crime, against another Human which in these "Family Court" cases must be against the child in question, however since these Circuit Courts were apparently established by Statute and not State Constitution they do not have any legitimate authority to begin with.  And without that "probable cause" to accuse a parent of an actual crime against the particular child(ren) whose "best interests" are what these "Family Courts" are supposed to be concerned with, its not

possible to have any "Lawful" "Constitutional" "Jurisdiction" (or "probable cause") to infringe a parents rights to privacy and to raise their children as they see fit or any civil order of protection.

I am attempting to explain, and seeking a new or "novel" decision confirming "fundamental principles" of "the supreme Law of the Land" and "due process of law" and basic "Human rights" have been clearly and routinely violated against me. And the "Rooker-Feldman Doctrine" should not apply because I have already exhausted all other options in the New Hampshire State Courts. I am requesting this Federal Court to issue whatever is the proper remedy or remedies to actually "establish Justice... and secure the Blessings of Liberty to ourselves and our Posterity", whether it be a Writ of Mandamus or Declaratory Order to compel the New Hampshire State Courts to provide the proper remedy or remedies as demanded herein (or any appropriate 'remedy').

Those remedies may include a complete redesigning of the New Hampshire Judicial system where private court rules currently supersede Federal Due Process Laws guaranteed by the US Constitution. Eliminating certain apparent "conflicts of interest" for the actual best interest of all.

So please provide this Plaintiff with at least 14 to 30 more days to provide a better "Memorandum of Law" to establish "federal question Jurisdiction" and show how "Judicial Immunity" and the "Rooker-Feldman Doctrine" should not apply in this case, as well as to prepare a better demand for remedy.

Thank you. Respectfully submitted by:

Randall S. Collier
May 24th 2024
603 803 2648
26 Joslin Rd
Surry, NH 03431

Collier
26 Joslin Rd
Derry, NH
(03463)

US District Court
55 Pleasant Street
Concord, NH
03301

03301-394135

MANCHESTER NH 030
24 MAY 2024 PM 3

FOREVER / USA