UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Randall Collier

     v.                                      Case No. 24-cv-15-JL-AJ

James M. Carrol, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 15, 2024.

_____
Joseph N. Laplante
United States District Judge

Date: June 24, 2024

cc:  Randall Collier, pro se
     Nathan W. Kenison-Marvin, Esq.