```
                      UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW HAMPSHIRE
```

<u>Randall Collier</u>

    v.                                                  Case No. 24-cv-15-JL-AJ

<u>James M. Carrol, et al.</u>

## <u>JUDGMENT</u>

In accordance with the Order by District Judge Joseph N. Laplante dated June 27, 2024, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated May 15, 2024, judgment is hereby entered.

                                                        By the Court:

                                                        <u>/s/ Daniel J. Lynch</u>
                                                        Daniel J. Lynch
                                                        Clerk of Court

Date: June 28, 2024

cc:   Randall Collier, pro se
       Nathan W. Kenison-Marvin, Esq.