FILED - USDC -NH
2024 JUL 12 PM1:59

FORM 5. Petition for Review/Notice of Appeal of an Order or Decision of an Agency, Board, Commission, Office, Bureau, or the US Court of Federal Claims (vaccine appeals only))  
Form 5  
March 2023

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PETITION FOR REVIEW/NOTICE OF APPEAL

Notice is hereby given that the petitioner(s)/appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Originating Tribunal *(Name of Agency, Board, Commission, Office, Bureau, or Court whose decision is being appealed)*: __New Hampshire District Court__

Case number being appealed: __24-CV-15-JL-AJ__

Case title being appealed: __Notice of Claim of Deprevation of Rights__

Date of final decision or order being appealed: __June 27 2024__

Date decision or order was received: __June 28 2024__

☑ I have attached a copy of the decision or order being appealed.

**List all Petitioners/Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

> Randall S. Collier on Behalf of T.O.C.
> AND

Date: __July 12, 2024__

Signature: __Randall S Collier__

Name: __Randall S. Collier__

Address: __26 ~~John~~ RSC Joslin Rd__
__Surry, NH__
__03431__

Phone Number: __603 803 2648__

Email Address: __042611t@gmail.com__