UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.    USDC/NH Case No.   24-cv-15-JL-AJ

2.    TITLE OF CASE:   Randall Collier v. James M. Carrol, et al.

3.    TYPE OF CASE: Civil

4.    NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

5.    NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

6.    NAME OF JUDGE: Joseph N. Laplante

7.    DATE OF JUDGMENT OR ORDER ON APPEAL: **June 28, 2024**

8.    DATE OF NOTICE OF APPEAL: **July 12, 2024**

9.    FEE PAID: YES

10.   COURT APPOINTED COUNSEL: Not Applicable

11.   COURT REPORTER(S):   and DATES:      None

12.   TRANSCRIPTS ORDERED/ON FILE: NO

13.   HEARING/TRIAL EXHIBITS: NO

14.   MOTIONS PENDING: NO

15.   GUIDELINES CASE: Not Applicable

16.   RELATED CASES or CROSS APPEAL:   None

17.   SPECIAL COMMENTS:   None