# United States Court of Appeals
## For the First Circuit

No. 24-1657

RANDALL COLLIER,

Plaintiff - Appellant,

v.

JUDGE JAMES M. CARROLL; JUDGE MICHAEL GARNER; NEW HAMPSHIRE JUDICIAL CONDUCT COMMITTEE,

Defendants - Appellees.

Before

Montecalvo, Kayatta and Rikelman,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: December 30, 2024

    Appellant seeks review of the dismissal of his complaint, on <u>Rooker</u>-<u>Feldman</u> grounds, against the New Hampshire Judicial Conduct Committee and two state court judges. Upon de novo review and after careful consideration of the parties' submissions and the relevant portions of the record, we hold that the Eleventh Amendment bars appellant's claims against the Judicial Conduct Committee. See <u>Town of Barnstable</u> v. <u>O'Connor</u>, 786 F.3d 130, 138 (1st Cir. 2015) (describing Eleventh Amendment immunity applicable to states and state agencies); <u>Davidson</u> v. <u>Howe</u>, 749 F.3d 21, 27 (1st Cir. 2014) (explaining that the Eleventh Amendment bars suits for damages against state officials sued in their official capacities). The claims against the judges concern solely adjudicatory actions that trigger judicial immunity. See <u>Zenon</u> v. <u>Guzman</u>, 924 F.3d 611, 616-17 (1st Cir. 2019) (describing judicial immunity). The dismissal of appellant's complaint is affirmed. See <u>Newman</u> v. <u>Lehman Bros. Holdings Inc.</u>, 901 F.3d 19, 25 (1st Cir. 2018) (explaining that the court may affirm an order of dismissal on any ground apparent in the record). Appellant's Motion to Reconsider the denial of expedition is denied as moot.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Randall Collier
Anthony J. Galdieri
Nathan W. Kenison-Marvin